IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | §   CRIMINAL NO. G-05-05 |
| | § |
| KEITH RAY TEAGLE | § |

## OPINION AND ORDER

Before the Court is a Report and Recommendation from the United States Magistrate Judge which recommends that the " Motion to Suppress" of Defendant, Keith Ray Teagle be denied. Teagle has filed no objections to the Report and Recommendation.

Upon *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), the Court finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of law to the facts in this case and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is the **ORDER** of this Court that the " Motion to Suppress" (Instrument no. 31) of Defendant, Keith Ray Teagle is **DENIED in its entirety**.

**DONE** at Galveston, Texas this 1st day of August, 2005.

_____
Samuel B. Kent
United States District Judge